UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KEITH BELL, Ph.D., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:14-cv-921-LY |
| | § | Jury Demanded |
| JASON SHEN, | § | |
| Defendant. | § | |

### NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS
### AND
### NOTICE OF ATTORNEY VACATION

COMES NOW counsel for Defendant MIHAI RADU DRAGHICI and notifies the Court of the change in firm name from RAM Law Firm PLLC to MWR Legal, and the change in his email address from stephen@ramattorneys.com to saguilar@mwrlegal.com.

Counsel for Defendant further notifies the Court of his upcoming vacation from March 16, 2015 through March 20, 2015.

Respectfully submitted,

/s/ Stephen A. Aguilar

Stephen A. Aguilar
Texas Bar No. 24064794
MWR LEGAL
110 E. Houston St., 7th Floor
San Antonio, Texas 78205
(210) 745-5834 tel.
(210) 444-2219 fax
saguilar@mwrlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of February, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Bradley D. Coburn (via email coburn@dcllegal.com)
Denko Coburn Lauff LLP

/s/ Stephen A. Aguilar

Stephen A. Aguilar